| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED BY | | 02-20169-01 |
| 2005 NOV -8 PM 12: | | DOCKET NUMBER *(Rec. Court)* 4:05CRM00616JLH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Tennessee | DIVISION Western |
|---|---|---|
| Jeremy A. Simpson 508 N. 2nd St. Paragould, AR 72450 | NAME OF SENTENCING JUDGE Honorable Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09-12-05 | TO 09-11-07 |

**OFFENSE**

Felon in Possession of a firearm   18: U.S.C. § 922(g)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Western District of Tennessee (Memphis)

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the   Eastern District of Arkansas (Jonesboro)   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this  court.*

Oct 13, 2005
_____                   _____
Date                                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Eastern District of Arkansas (Jonesboro)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 31, 2005
_____                   _____
Effective Date                            United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-14-05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:02-CR-20169 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT